**UNITED STATES DISTRICT COURT**

Middle District of Florida – Orlando Division

6:26-cv-00561-PGB-DCI

Carolyn Hadley, Plaintiff

v.

Sonata East at Viera, an AgeWell Solvere Living Property, and AgeWell Solvere Living, LLC, Defendants

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND RETALIATION (TITLE VII)

## 1. Jurisdiction

This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 because the action arises under federal law.

## 2. Parties

Plaintiff Carolyn Hadley is an African American woman residing in Merritt Island, Florida.

Defendant Sonata East at Viera is an assisted living facility located in Melbourne, Florida and operated by AgeWell Solvere Living, LLC.

Defendant AgeWell Solvere Living, LLC is the parent company responsible for management, policy, and employment practices at Sonata East at Viera.

At all relevant times, Defendants were Plaintiff's employers within the meaning of Title VII.

## 3. EEOC Charge

Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC).

EEOC Charge Number: 510-2026-01785.

The EEOC issued a Notice of Right to Sue on December 15, 2025.

This action is filed within ninety (90) days of receipt of the Right-to-Sue notice.

## 4. Factual Allegations

Plaintiff was employed by Defendants and consistently performed her job duties satisfactorily.

On August 19, 2024, Plaintiff received Employee of the Month recognition for going above and beyond in providing care to residents in the memory care unit.

On December 2, 2024, a resident's family member voluntarily gave furniture to Plaintiff with permission. Another employee also received property from the same family member.

Despite having permission from the family, Plaintiff and another African American employee were later threatened with disciplinary action concerning the furniture.

Similarly situated employees outside Plaintiff's protected class engaged in comparable conduct but were not disciplined.

Plaintiff documented concerns related to workplace conduct and activities affecting residents.

Shortly after Plaintiff raised concerns and documented issues, management accused Plaintiff of wrongdoing and initiated disciplinary action.

On February 4, 2025, Defendants terminated Plaintiff's employment.

Defendants' actions constitute disparate treatment and retaliation against Plaintiff.

## 5. Count I – Race Discrimination (Title VII)

Plaintiff is a member of a protected class (African American).

Plaintiff was qualified for her position and performed her duties satisfactorily.

Plaintiff suffered an adverse employment action when she was disciplined and ultimately terminated.

Similarly situated employees outside Plaintiff's protected class were treated more favorably.

Defendants' conduct constitutes unlawful race discrimination in violation of Title VII.

## 6. Count II – Retaliation (Title VII)

Plaintiff engaged in protected activity by documenting workplace concerns and raising issues related to resident care and workplace conduct.

Defendants subjected Plaintiff to adverse employment actions, including discipline and termination.

There is a causal connection between Plaintiff's protected activity and the adverse employment actions taken by Defendants.

Defendants' actions constitute retaliation in violation of Title VII.

## 7. Damages

As a direct and proximate result of Defendants' unlawful actions, Plaintiff has suffered damages including emotional distress, reputational harm, and other losses.

• other damages

---

# PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court:

A. Award compensatory damages

B. Award punitive damages

C. Award back pay and front pay as allowed by law

D. Award court costs and attorney's fees

E. Grant any other relief the Court deems just and proper

---

Respectfully submitted,

Carolyn Hadley

421 Lincoln Ave

Merritt Island, FL 32953

321-544-5988

Signature: *Carolyn Hadley*

Date: 3/12/2026

---

# Documents to File With It

Attach these behind the complaint:

1 EEOC Right-to-Sue Letter

2 Civil Cover Sheet (JS-44)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Miami District Office
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/15/2025

**To:** Ms. Carolyn Hadley
421 lincoln ave
MERRITT ISLAND, FL 32953
Charge No: 510-2026-01785

EEOC Representative and email:    ROBBY CEDON
ENFORCEMENT SUPERVISOR
ROBBY.CEDON@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 510-2026-01785.

On behalf of the Commission,

Digitally Signed By:Evangeline Hawthorne
12/15/2025
Evangeline Hawthorne
Director

**Cc:**
Sonate East at Viera
3325 Breslay
MELBOURNE, FL 32940

Please retain this Notice for your records.

# Federal Court Filing Packet

Prepared for: Carolyn Hadley

Case Type: Title VII Employment Discrimination (Race Discrimination & Retaliation)

## United States District Court – Middle District of Florida (Orlando Division)

Carolyn Hadley (Plaintiff) brings this action against Sonata East at Viera, an AgeWell Solvere Living property, and AgeWell Solvere Living, LLC (Defendants) for employment discrimination in violation of Title VII of the Civil Rights Act of 1964.

Plaintiff is an African American woman residing in Merritt Island, Florida.

Plaintiff was employed by Defendants and performed her duties satisfactorily. On August 19, 2024, Plaintiff received Employee of the Month recognition for going above and beyond in memory care.

In ~~October~~ December *C.H* 2024, a resident's family member gave furniture to Plaintiff with permission. Another employee also received property from the same family. Plaintiff and another African American employee were later threatened with discipline regarding the items, while other employees who removed furniture with permission were not disciplined.

Plaintiff documented workplace concerns and activities involving residents. Shortly thereafter, management accused Plaintiff of wrongdoing and issued disciplinary actions.

On February 4, 2025, Plaintiff's employment was terminated.

Plaintiff believes the discipline and termination were discriminatory and retaliatory. Plaintiff filed an EEOC Charge of Discrimination (Charge No. 510■2026■01785) and received a Right■to■Sue notice dated December 15, 2025.

Plaintiff brings the following claims:

Count I – Race Discrimination (Title VII) Defendants treated Plaintiff differently than similarly situated employees outside her protected class.

Count II – Retaliation (Title VII) Plaintiff engaged in protected activity and was terminated as retaliation.

Plaintiff requests compensatory damages, punitive damages, court costs, and any additional relief the Court deems just.

Signature *Carolyn Hadley*